■ In the Matter of JULIUS BRYANT, Petitioner, v LIEUTENANT HAUBERT et al., Respondents. [627 NYS2d 984] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Leonard A. Portuondo, dated July 1, 1993, which confirmed a decision of a Hearing Officer dated June 24, 1993, finding that the petitioner had violated certain prison disciplinary rules and imposing a penalty.

Adjudged that the determination is confirmed and the

proceeding is dismissed on the merits, without costs or disbursements.

We find that the misbehavior report, coupled with the testimony of a Correction Officer who witnessed the incident, provided substantial evidence to support the determination *(see generally, Matter of Perez v Wilmot,* 67 NY2d 615; *People ex rel. Vega v Smith,* 66 NY2d 130).

The petitioner's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.